907 A.2d 1010

LORI DEPASQUALE, PLAINTIFF–PETITIONER, v. WILLIAM WEYERHAEUSER, DEFENDANT–RESPONDENT.

September 21, 2006.

Denied.

907 A.2d 1010

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. TYRONE BROWN, DEFENDANT–PETITIONER.

September 21, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).